# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYSON JOIELL SUGGS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　Defendant.<br>_____ / | CASE NO. 1:11-CV-00117-AWI-DLB PC<br><br>ORDER TO SHOW CAUSE<br><br>(DOC. 11)<br><br>RESPONSE DUE WITHIN EIGHTEEN DAYS |

　　Plaintiff Tyson Joiell Suggs ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On August 9, 2011 the Court dismissed Plaintiff's original complaint for failure to state a claim, and ordered Plaintiff to file an amended complaint within thirty days. Doc. 11. As of the date of this order, Plaintiff has not responded.

　　Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within eighteen (18) days from the date of service of this order why this action should not be dismissed for failure to obey a court order and failure to state a claim. Failure to timely respond or otherwise show cause will result in dismissal of this action for failure to obey a court order and failure to state a claim.

　　IT IS SO ORDERED.

　Dated:　**September 28, 2011**　　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1